UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARILYN BLOCH,                        :
                                      :
            Plaintiff,                :
                                      :
        -v-                           :    10 Civ. 8424 (JSR)
                                      :
BANK OF AMERICA CORP. a/k/a BANK OF   :
AMERICA,                              :    ORDER
                                      :
            Defendant.                :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On August 10, 2011, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant defendant's motion for summary judgment. By letter dated August 15, 2011, plaintiff submitted objections to the Report and Recommendation. The Court has reviewed the objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Gorenstein's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court dismisses the action, with prejudice. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 28, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-11